JULIA CONTI *v.* THE FOXON CONCRETE CORPORATION

The petitioner's "Brief of The Foxon Concrete Corporation by reason of its Petition for Certification by the Supreme Court," construed, in view of the contents thereof, as a petition for certification, is dismissed for failure to comply with § 743 of the Practice Book, as amended.

*Joseph Shelnitz,* in support of the petition.

*Harold B. Yudkin,* in opposition.

Submitted April 7—decided April 19, 1972

CITY OF WEST HAVEN *v.* PETER C. DEAN ET AL.

CITY OF WEST HAVEN *v.* HAROLD MONOLITH ASSN., INC., ET AL.

The petition by the plaintiff for certification for appeal from the Appellate Division of the Circuit Court is denied.

*William F. Gallagher,* assistant corporation counsel, in support of the petition.

*Pasquale Young,* in opposition.